United States Courts
Southern District of Texas
FILED
*September 10, 2026*
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. H-26-** |
| | § | |
| **DOMINIQUE LESHA McCLUE** | § | **4:26-cr-595** |
| **KENDON VAUGHN** | § | |
| **GAYLORD WAYNE HUTCHINS** | § | |

**INDICTMENT**

The United States Grand Jury charges:

**COUNT 1**
(Conspiracy - 18 U.S.C. § 371)

**A. THE CONSPIRACY AND ITS OBJECTS**

1. From on or about April 14, 2023, and continuing until at least on or about April 29, 2025, in the Houston Division of the Southern District of Texas and elsewhere,

**DOMINIQUE LESHA McCLUE,
KENDON VAUGHN, and
GAYLORD WAYNE HUTCHINS,**

Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to falsely assume and pretend to be a duly accredited diplomatic, consular and other official of a foreign government, with intent to defraud and unlawfully obtain anything of value, in violation of Title 18, United States Code, Section 915 (False Claim to be a Foreign Diplomat).

**B. THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means of the conspiracy were as follows:

2. The conspirators are members of Diadematis Morocco Illorum Prius Texas

(DIMPT), a sovereign citizen-type group. They claim to be diplomatic officials for the "Empire of Morocco" and other similarly named, non-existent entities.

3. The conspirators made posts on Instagram and other social media platforms encouraging others to join their group and claim diplomatic status to avoid arrest.

6. The conspirators obtained fraudulent and counterfeit identification cards and vehicle license plates purporting to be issued by the "Government of Morocco" and the "Moroccan Empire" and other similarly named entities.

7. The conspirators used the fraudulent and counterfeit identification cards and vehicle license plates to attempt to evade arrest and prosecution.

8. The conspirators claimed to be the sultan, counsel general, a diplomat, and other false titles associated with the "Moroccan Empire". These claims were made to police officers, court officials and in court filings in attempts to avoid arrest or prosecution.

**C. <u>OVERT ACTS</u>**

9. In furtherance of the conspiracy, and to affect the objects thereof, the conspirators performed and caused to be performed, among others, the overt acts set forth in Counts Two and Three of this indictment, hereby re-alleged and incorporated as if fully set forth in this Count of the indictment, as well as the overt acts listed below:

a. On April 14, 2023, in Ft. Bend County, Texas, **KENDON VAUGHN** falsely claimed to a police officer that he was "Kendon Bey", a diplomatic official of a foreign country. This was done to support the claim of **GAYLORD WAYNE HUTCHINS** that he was a "Diplomat of the Sovereignty of the Moroccan Empire".

b. On June 30, 2023, **DOMINIQUE LESHA McCLUE** posted on Instagram the following:

"Diplomatic Immunity is imperative for our ppl to be able to get in this political game,

> they've demonized everything that we do (selling weed, pills, etc) but it's legal for them … that's why it's IMPORTANT that we know who we are MOORS & then u fall under MOORISH LAWS & JURISDICTION!"

c. On August 18, 2023, in Ellis County, Texas, **KENDON VAUGHN** falsely claimed to police officers that he was "Kendon Bey".

d. On August 18, 2023, in Ellis County, Texas, **KENDON VAUGHN** falsely claimed to be a Moroccan diplomat and provided an identification card titled "Moroccan National Diplomat" card.

e. On August 18, 2023, in Ellis County, Texas, **KENDON VAUGHN** was driving an automobile that displayed unlawful diplomatic license plates.

f. On February 26, 2024, **DOMINIQUE LESHA McCLUE** filed documents with an Ellis County, Texas court claiming that she was a foreign diplomat.

g. On August 25, 2024, **DOMINIQUE LESHA McCLUE** posted on Instagram the following:

> "Everyone asking me about sovereign citizen plates … but I can tell you that I would not be comfortable riding around with plates that didn't come from a government that has representatives that I can call in a jam that represent me in court if I get pulled over and detained!"

h. On April 28, 2025, **DOMINIQUE LESHA McCLUE** filed additional documents with an Ellis County, Texas court claiming that she was a foreign diplomat.

In violation of Title 18, United States Code, Section 371.

**<u>COUNT 2</u>**
<u>(False Claim to Be a Foreign Diplomat - 18 U.S.C. § 915)</u>

On or about April 14, 2023, in the Houston Division of the Southern District of Texas,

**KENDON VAUGHN, and**
**GAYLORD WAYNE HUTCHINS,**

Defendants herein, falsely assumed and pretended to be a duly accredited diplomatic, consular and other official of a foreign government, with intent to defraud and obtain anything of value, that is, to avoid arrest by a deputy of the Ft. Bend County Sheriff's Office.

In violation of Title 18, United States Code, Sections 915 and 2.

**<u>COUNT 3</u>**
<u>(False Claim to Be a Foreign Diplomat - 18 U.S.C. § 915)</u>

On or about February 7, 2024, in the Houston Division of the Southern District of Texas,

**DOMINIQUE LESHA McCLUE,**

Defendant herein, falsely assumed and pretended to be a duly accredited diplomatic, consular and other official of a foreign government, with intent to defraud and obtain anything of value, that is, to avoid arrest by deputies of the Harris County Constable's Office, Precinct 4.

In violation of Title 18, United States Code, Sections 915 and 2.

TRUE BILL

Original signature on file

FOREPERSON OF THE GRAND JURY

AARON F. REITZ
United States Attorney

JAY HILEMAN
Assistant United States Attorney